1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BUUS, et al., individually and on behalf of
all others similarly situated,

               Plaintiff(s),

     v.

WAMU PENSION PLAN and THE
WASHINGTON MUTUAL PENSION PLAN
ADMINISTRATION COMMITTEE

               Defendant(s).

NO. C0-MJP

ORDER ON

The above-entitled Court, having received and reviewed:

1.     Plaintiffs' Motion for Leave to File Over-Length Brief (Dkt. No. 25)

and all exhibits and declarations attached thereto, makes the following ruling:

     IT IS ORDERED that the motion is DENIED.


     The clerk is directed to provide copies of this order to all counsel of record.

     Dated:  November 2, 2007

Marsha J. Pechman
U.S. District Judge

**ORD ON - 1**