UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY BUUS, et al.,<br><br>                        Plaintiff,<br><br>v.<br><br>WAMU PENSION PLAN, et al.,<br><br>                        Defendant. | No. C07-0903MJP<br><br>ORDER DENYING DEFENDANTS' MOTION FOR STAY AND SETTING ORAL ARGUMENT |

       This matter comes before the Court on Defendants' Motion for Stay of Proceedings, (Dkt. No. 31.) The Court, having received and reviewed Defendants' motion, Plaintiffs' response, (Dkt. No. 33) Defendants' reply, (Dkt. No. 36) and all exhibits and declarations attached thereto, hereby orders that the motion is DENIED. Although the issues presented in this case are currently before the Ninth Circuit, based on Plaintiffs' vigorous objection and Defendants' position that their motion is made in the alternative, the facts do not support a stay of the proceedings.

       Because the Court has been fully briefed on Defendants' Motion to Dismiss, (Dkt. No. 22) and the parties have requested oral argument, the Court will hear oral argument on **December 7, 2007, at 1:30 PM.** Each side will have 20 minutes for argument.

       Dated: November 30, 2007

                                                                 _/s/ Marsha J. Pechman_
                                                                 Marsha J. Pechman
                                                                 U.S. District Judge

ORDER - 1