UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BUUS, et al.,

        Plaintiff(s),

v.

WAMU PENSION PLANS, et al.,

        Defendant(s).

NO. C07-903MJP

ORDER ON MOTION TO ADD A PLAINTIFF OR AMEND COMPLAINT

The above-entitled Court, having received and reviewed:

1. Plaintiff's Motion to Amend to Add an Additional Named Plaintiff, or, in the Alternative, for Leave to Amend Complaint and Intervene to Add Additional Named Plaintiff (Dkt. No. 47)

2. Defendant's Response (Dkt. No. 53)

3. Plaintiff's Reply (Dkt. No. 57)

and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion to amend is GRANTED; the parties are further directed to cooperate in making the newly added Plaintiff available for deposition and insuring that written discovery is promptly exchanged.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: April __15_, 2008

*/s/ Marsha J. Pechman*
Marsha J. Pechman
U.S. District Judge

**ORD ON MTN TO
ADD OR AMEND - 1**