UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

BUUS, et al.,

        Plaintiff(s),

  v.

WAMU PENSION PLAN, et al.,

        Defendant(s).

NO. C07-903MJP

ORDER ON CR 37 JOINT SUBMISSION: PLAINTIFFS' MOTION TO COMPEL

The above-entitled Court, having received and reviewed the CR 37 Joint Submission: Plaintiffs' Motion to Compel Production fo Password to Defendants' Pension Database (Dkt. No. 183), and all exhibits and declarations attached thereto, makes the following ruling:

IT IS ORDERED that the motion is GRANTED, as follows:

1. Defendants are ordered to provide the password to the dbConnect database via a temporary VPN password.
2. Plaintiffs are ordered to bear the production costs of all materials created by their search of the database.
3. The names and Social Security Numbers of all persons produced by the search of the database must be blocked.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: September _22__, 2008

Marsha J. Pechman
U.S. District Judge

**ORDER ON CR 37
MTN TO COMPEL - 1**