UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BUUS, et al.,

        Plaintiff(s),

  v.

WAMU PENSION PLAN, and THE WASHINGTON MUTUAL PENSION PLAN ADMINISTRATION COMMITTEE,

        Defendant(s).

NO. C07-903MJP

MINUTE ORDER

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

The Court has received and reviewed the Joint Status Report submitted by the parties on January 12, 2009 (Dkt. No. 231) and all accompanying declarations.

The stay under which this case currently exists will remain in effect for an additional 60 days. The parties are ordered to submit a further joint status report by no later than **March 20, 2009**.

Filed this 20th day of January, 2009.

                              BRUCE RIFKIN, Clerk

                              By    /s Mary Duett
                                       Deputy Clerk

MINUTE ORDER