UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BUUS, et al.,

        Plaintiff(s),

  v.

WAMU PENSION PLAN, et al.,

        Defendant(s).

NO. C07-903MJP

ORDER ON JOINT STATUS REPORT
(DKT. NO. 237)

The above-entitled Court, having received and reviewed the parties' Joint Status Report (Dkt. No. 237), filed on March 30, 2009, and all attached exhibits and declarations, makes the following ruling:

IT IS ORDERED that Defendants' request for a 30-day extension to file their portion of the Joint Status Report is GRANTED; they shall file an update on the status of this matter by no later than April 30, 2009.

IT IS FURTHER ORDERED that the remainder of the parties' requests are DENIED.

The clerk is directed to provide copies of this order to all counsel of record.

Dated: April 7, 2009

Marsha J. Pechman
U.S. District Judge

ORD ON JSR - 1