UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY BUUS, et al., <br><br> Plaintiff(s), <br><br> v. <br><br> WAMU PENSION PLAN, and THE WASHINGTON MUTUAL PENSION PLAN ADMINISTRATION COMMITTEE, <br><br> Defendant(s). | NO. C07-903MJP <br><br> MINUTE ORDER |

The following minute order is made by the direction of the court, the Honorable Marsha J. Pechman:

Upon review of the parties' latest Joint Status Report (Dkt. No. 248) and following presentations by both sides in open court, the Court orders that this matter continue to be STAYED until the United States Bankruptcy Court for the District of Delaware rules on the status of the automatic stay in the Delaware Bankruptcy action as it pertains to the parties in this case.

Filed this 13th day of July, 2009.

BRUCE RIFKIN, Clerk

By   /s Mary Duett
      Deputy Clerk

MINUTE ORDER