THE HONORABLE MARSHA J. PECHMAN

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BUUS, et al., individually and on behalf )
of all others similarly situated,                         )
                                                                        )    No. 07-CV-00903 MJP
            Plaintiffs,                                            )
                                                                        )    STIPULATION AND ORDER RE:
            v.                                                        )    CLASS NOTICE
                                                                        )
WAMU PENSION PLAN, et al.,                       )
                                                                        )
            Defendants.                                         )

## STIPULATION AND ORDER

WHEREAS, on July 27, 2010, the Court entered an order preliminarily approving

settlement of this action (the "Preliminary Approval Order") (Dkt. #266).  In the Preliminary

Approval Order, the Court approved the proposed form of the Mailed Notice that is to be

distributed to the Settlement Class, which was filed as Exhibit 3 to Named Plaintiffs' and

Defendants' Joint Motion for Preliminary Approval of Proposed Settlement, Approval of Notice

Plan, and Time for Final Approval Hearing.

WHEREAS, the Parties hereby bring to the Court's attention clerical errors in

Paragraphs 1 and 12 of the Mailed Notice and submitted to the Court an amended Mailed Notice

(the "Amended Mailed Notice"), which corrects these clerical errors.

WHEREAS, the Court approves the Amended Mailed Notice that is submitted

herewith, and orders the distribution of the Amended Mailed Notice in accordance with the terms

of the Preliminary Approval Order.

1    Attached hereto as Exhibit A is a redlined version of the Mailed Notice, showing

2 the corrected Paragraphs 1 and 12.  Specifically, the corrections are as follows: 1) the change to

3 Paragraph 1 clarifies that, in addition to the settlement being contingent upon receiving Final

4 Approval of the settlement from this Court and receiving Internal Revenue Service Approval of

5 an amendment to the WaMu Pension Plan, the settlement is also contingent upon receiving

6 approval from the Bankruptcy Court in the District of Delaware; and 2) the change to paragraph

7 12 confirms, in accordance with the Preliminary Approval Order, that the written application for

8 fees and expenses "will be filed at the time the Plan of Allocation is filed, by October 8, 2010,"

9 and not, as the notice is currently written, "at the time a motion for preliminary approval is

10 filed."

11    Attached hereto as Exhibit B is a clean version of the Amended Mailed Notice.

12                                   **ORDER**

13    The Court approves the form of the Amended Mailed Notice, and orders the

14 distribution of the Amended Mailed Notice in accordance with the terms of the entered

15 Preliminary Approval Order.

16    Date: September 20, 2010

17

18

19

20    Marsha J. Pechman
       United States District Judge
21

22

23

24

25

26

STIPULATION AND ORDER RE: CLASS NOTICE
(07-CV-00903 MJP) Page - 2

1      Presented By:

2                                 KELLER ROHRBACK L.L.P.

3

4                        By s/Karin B. Swope

Lynn Lincoln Sarko, WSBA #16569

5      Derek W. Loeser, WSBA #24274
Amy Williams-Derry, WSBA #28711

6      Karin B. Swope, WSBA #24015
Gretchen S. Obrist, WSBA #37071

7      1201 Third Avenue, Suite 3200
Seattle, WA  98101

8      Telephone:  (206) 623-1900
Facsimile:  (206) 623-3384 (FAX)

9      lsarko@kellerrohrback.com
dloeser@kellerrohrback.com

10    awilliams-derry@kellerrohrback.com
kswope@kellerrohrback.com

11    gobrist@kellerrohrback.com

12              *Attorneys for Plaintiffs and the Sub-Classes*

13

14             By s/ Anne E. Rea
Anne E. Rea

15    Rachel Blum Niewoehner
SIDLEY AUSTIN LLP

16    One South Dearborn Street
Chicago, IL  60603

17    Telephone:  (312) 853-7588
area@sidley.com
rniewoehner@sidley.com

18

19    Ladd B. Leavens WSBA No. 11501
Fred B. Burnside WSBA No. 32491

20    DAVIS WRIGHT TREMAINE LLP
1201 Third Avenue, Suite 2200

21    Seattle, WA 98101-3045
Telephone:  (206) 757-8082

22    laddleavens@dwt.com

23              *Attorneys for Defendants*

24

25

26

STIPULATION AND ORDER RE: CLASS NOTICE
(07-CV-00903 MJP) Page - 3

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

**CERTIFICATE OF SERVICE**

I hereby certify that on September 20, 2010, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notice of such filing to all known counsel of record, listed below:

Ladd B. Leavens, Fred B. Burnside, Anne E. Rea, Danielle J. Carter and Rachel Blum Niewoehner.

DATED this 20th day of September, 2010.

s/ Karin B. Swope
Derek W. Loeser, WSBA #24274
KELLER ROHRBACK L.L.P.
1201 3rd Avenue, Suite 3200
Seattle, WA  98101
Tel:  (206) 623-1900
Fax:  (206) 623-3384
dloeser@kellerrohrback.com

STIPULATION AND ORDER RE: CLASS NOTICE
(07-CV-00903 MJP) Page - 4