THE HONORABLE MARSHA J. PECHMAN

FILED LODGED ENTERED RECEIVED
OCT 29 2010
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
BY _____ DEPUTY

07-CV-00903-ORD

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

GARY BUUS, et al., individually and on behalf of all others similarly situated,

    Plaintiffs,

v.

WAMU PENSION PLAN, et al.,

    Defendants.

No. 07-CV-00903 MJP

PLAINTIFFS' [~~PROPOSED~~] ORDER ON AWARD OF ATTORNEYS' FEES, EXPENSES, AND CASE CONTRIBUTION AWARDS

## ORDER

Lead Counsel is hereby awarded attorneys' fees in the amount of **21**% of the Settlement Fund, which the Court finds to be fair and reasonable, and **389515.39** in reimbursement of Lead Counsel's reasonable expenses incurred in prosecuting the action. The attorneys' fees and expenses so awarded shall be paid from the Settlement Amount pursuant to the terms of the Settlement Agreement. All fees and expenses paid to Lead Counsel shall be paid pursuant to the timing requirements described in the Settlement Agreement.

14. The Named Plaintiffs are each hereby awarded a Service Award in the amount of $~~15,000~~ **10,000 with 5,000 for Brian Bush**

15. In making this award of attorneys' fees and reimbursement of expenses, and the Service Awards to the Named Plaintiffs, the Court has considered and found that:

PLAINTIFFS' [PROPOSED] ORDER ON AWARD
OF ATTORNEYS' FEES, EXPENSES, AND CASE
CONTRIBUTION AWARDS
(07-CV-00903 MJP) Page - 1

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384

a) The Settlement achieved as a result of the efforts of Lead Counsel has created a fund of $20,000,000 in an increase to the liabilities of the Washington Mutual Pension Plan that will benefit thousands of Settlement Class members;

b) The Settlement Amount is an exceptional result for this case;

c) Lead Counsel have conducted the litigation and achieved the Settlement with skill, perseverance, and diligent advocacy;

d) Lead Counsel carried the financial burden of this litigation;

e) The action involves complex factual and legal issues prosecuted over several years and, in the absence of a settlement, would involve further lengthy proceedings with uncertain resolution of the complex factual and legal issues;

f) This litigation contained considerable risk, and recovery was uncertain. Had Lead Counsel not achieved the Settlement, there would remain a significant risk that the Named Plaintiffs and the Settlement Class may have recovered less or nothing from Defendants;

g) The amount of attorneys' fees awarded and expenses reimbursed from the Settlement Fund are consistent with awards in similar cases;

h) The Named Plaintiffs rendered valuable service to the Plan and to Settlement Class members.

16. The awards and payments ordered herein will be made out of the Settlement Amount and in accordance with the Settlement Agreement entered in this case.

_____
HONORABLE MARSHA PECHMAN
UNITED STATES DISTRICT JUDGE

PLAINTIFFS' [PROPOSED] ORDER ON AWARD
OF ATTORNEYS' FEES, EXPENSES, AND CASE
CONTRIBUTION AWARDS
(07-CV-00903 MJP) Page - 2

LAW OFFICES OF
KELLER ROHRBACK L.L.P.
1201 THIRD AVENUE, SUITE 3200
SEATTLE, WASHINGTON 98101-3052
TELEPHONE: (206) 623-1900
FACSIMILE: (206) 623-3384