# UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| GARY BUUS,<br><br>                Plaintiff,<br><br>   v.<br><br>WAMU PENSION PLAN, et al.,<br><br>                Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>CASE NUMBER: C07-903MJP |

☐   **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒   **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT

The class settlement having been reviewed and approved, all counts asserted in the action are DISMISSED WITH PREJUDICE. For further terms of the settlement and judgment of dismissal, see Final Approval Order and Final Judgment of Dismissal with Prejudice (Dkt. No. 288).

Dated November 2, 2010.

                                                  William M. McCool
                                                  Clerk of Court

                                                  s/Mary Duett
                                                  Deputy Clerk